IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| IN RE: : | |
| TODD E. MUMMERT : | BK. No. 17-70093 JAD |
| Debtor : | |
| : | Chapter No. 13 |
| DEUTSCHE BANK TRUST COMPANY : | |
| AMERICAS, AS TRUSTEE FOR : | Document No. |
| RESIDENTIAL ACCREDIT LOANS, INC., : | |
| MORTGAGE ASSET-BACKED PASS- : | Hearing Date: 6/30/2017 |
| THROUGH CERTIFICATES, SERIES 2007-QS6 : | |
| Movant : | Hearing Time: 10:00 AM |
| v. : | |
| TODD E. MUMMERT : | Objection Date: 5/31/2017 |
| and : | |
| RONDA J. WINNECOUR, ESQUIRE : | |
| (TRUSTEE) : | |
| Respondents : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS6 FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 31, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **June 30, 2017 at 10:00 AM** before Judge JEFFERY A. DELLER, in Court Room B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  May 15, 2017

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300

Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com