# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | | |
|---|---|---|
| IN RE: | : | |
| TODD E. MUMMERT | : | BK. No. 17-70093 JAD |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS6 | : | Document No. |
| | : | Hearing Date: 6/30/2017 |
| **Movant** | : | Hearing Time: 10:00 AM |
| v. | : | |
| TODD E. MUMMERT | : | Objection Date: 5/31/2017 |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on May 15, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

KENNETH P. SEITZ, ESQUIRE
P.O. BOX 211
LIGONIER, PA 15658
thedebterasers@aol.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail

TODD MUMMERT
5K TWIN RIVERS ROAD
EAST WINDSOR, NJ 08520

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

                                                /s/ James A. Prostko, Esquire
                                                James A. Prostko, Esq., Id. No.27221
                                                Phelan Hallinan Diamond & Jones, LLP
                                                Omni William Penn Office Tower
                                                555 Grant Street, Suite 300
                                                Pittsburgh, PA 15219
                                                Phone Number: 215-563-7000 Ext 31501
                                                Fax Number: 215-568-7616
                                                Email: james.prostko@phelanhallinan.com

May 15, 2017