IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE:<br>TODD E. MUMMERT<br>　　　　Debtor<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>　　　　Movant<br>　　v.<br>TODD E. MUMMERT<br>　　　　and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>　　　　Respondents | BK. No. 17-70093-JAD<br><br>Chapter No. 13<br><br>Document No.<br><br>Hearing Date: JUNE 30, 2017<br><br>Hearing Time: 10:00 am<br><br>Objection Date: JUNE 8, 2017 |

CERTIFICATE OF SERVICE OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on May 19, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

KENNETH P. SEITZ, ESQUIRE
P.O. BOX 211
LIGONIER, PA 15658
thedebterasers@aol.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail

TODD E. MUMMERT
5K Twin Rivers Road
East Windsor, NJ 08520

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ James A. Prostko, Esquire

                                        James A. Prostko, Esq., Id. No.27221  
                                        Phelan Hallinan Diamond & Jones, LLP  
                                        Omni William Penn Office Tower  
                                        555 Grant Street, Suite 300  
                                        Pittsburgh, PA 15219  
                                        Phone Number: 215-563-7000 Ext 31501  
                                        Fax Number: 215-568-7616  
                                        Email: james.prostko@phelanhallinan.com

May 19, 2017