# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE: | |
| TODD E. MUMMERT | BK. No. 17-70093-JAD |
| Debtor | |
| | Chapter No. 13 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Related to Document No. 43 |
| Movant | |
| v. | Hearing Date: JUNE 30, 2017 |
| TODD E. MUMMERT | |
| and | Hearing Time: 10:00 am |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | Objection Date: JUNE 8, 2017 |
| Respondents | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 43**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on May 19, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than June 8, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

| | |
|---|---|
| Dated: June 12, 2017 | /s/ James A. Prostko, Esquire |
| | James A. Prostko, Esq., Id. No.27221 |
| | Phelan Hallinan Diamond & Jones, LLP |
| | Omni William Penn Office Tower |
| | 555 Grant Street, Suite 300 |
| | Pittsburgh, PA 15219 |
| | Phone Number: 215-563-7000 Ext 31501 |
| | Fax Number: 215-568-7616 |
| | Email: james.prostko@phelanhallinan.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)**

| | |
|---|---|
| IN RE:<br>TODD E. MUMMERT<br>　　　　　　Debtor<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>　　　　　　Movant<br>　　　v.<br>TODD E. MUMMERT<br>　　　and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>　　　　　　Respondents | BK. No. 17-70093-JAD<br><br>Chapter No. 13<br><br>Related to Document No. 43<br><br>Hearing Date: JUNE 30, 2017<br><br>Hearing Time: 10:00 am<br><br>Objection Date: JUNE 8, 2017 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on June 12, 2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600 GRANT STREET<br>PITTSBURGH, PA 15219 | TODD E. MUMMERT<br>5K TWIN RIVERS ROAD<br>EAST WINDSOR, NJ 08520 |

KENNETH P. SEITZ, ESQUIRE
P.O. BOX 211
LIGONIER, PA 15658
thedebterasers@aol.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

　　　　　　　　　　　　　　　　　　　　/s/ James A. Prostko, Esquire
　　　　　　　　　　　　　　　　　　　　James A. Prostko, Esq., Id. No.27221
　　　　　　　　　　　　　　　　　　　　Phelan Hallinan Diamond & Jones, LLP
　　　　　　　　　　　　　　　　　　　　Omni William Penn Office Tower
　　　　　　　　　　　　　　　　　　　　555 Grant Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone Number: 215-563-7000 Ext 31501
　　　　　　　　　　　　　　　　　　　　Fax Number: 215-568-7616
　　　　　　　　　　　　　　　　　　　　Email: james.prostko@phelanhallinan.com