**MODIFIED**
**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| IN RE: : | |
| TODD E. MUMMERT : | BK. No. 17-70093 JAD |
| Debtor : | |
| : | Chapter No. 13 |
| DEUTSCHE BANK TRUST COMPANY : | |
| AMERICAS, AS TRUSTEE FOR : | Document No. 39 |
| RESIDENTIAL ACCREDIT LOANS, INC., : | |
| MORTGAGE ASSET-BACKED PASS- : | Hearing Date: 6/30/2017 |
| THROUGH CERTIFICATES, SERIES 2007-QS6 : | |
| Movant : | Hearing Time: 10:00 AM |
| v. : | |
| TODD E. MUMMERT : | Objection Date: 5/31/2017 |
| and : | |
| RONDA J. WINNECOUR, ESQUIRE : | |
| (TRUSTEE) : | |
| Respondents : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 27th day of June, 2017, upon Motion of **DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS6** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 173 DORMER STREET, JOHNSTOWN, PA 15909(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
James A. Prostko, Esquire

FILED
6/27/17 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70093-JAD
Todd E Mummert                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin              Page 1 of 1              Date Rcvd: Jun 27, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db             +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
       bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
       pawb@fedphe.com,   james.prostko@phelanhallinan.com
      James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jill   Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
      Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas   Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. thomas.song@phelanhallinan.com
      Thomas   Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
       2007-QS6 thomas.song@phelanhallinan.com
                                                                         TOTAL: 11