# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70093-JAD |
| Todd E. Mummert, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Todd E. Mummert, | : | Related to Docket No. 57 |
| Movant | : | |
| v. | : | |
| Wells Fargo Home Mortgage, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order Extending the Loss Mitigation Period dated July 13, 2017, on the parties at the addresses on the attached matrix by first class mail.

Date: July 17, 2017                    /s/ Kenneth P. Seitz, Esquire
                                       Kenneth P. Seitz, Esquire
                                       PA I.D. 81666
                                       Law Offices of Kenny P. Seitz
                                       P.O. Box 211
                                       Ligonier, PA 15658
                                       Tel: 814.536-7470
                                       Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Manley Deas Kochalski, LLC
Attn: Karina Velter, Esquire
P.O. Box 165028
Columbus, OH 43216

Selene Finance, LP
Attn: Barbara Matta
9990 Richmond Avenue, Suite 400S
Houston, TX 77042

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Todd E. Mummert
5K Twin Rivers Boulevard
East Windsor, NJ 08520