**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70093-JAD |
| Todd E. Mummert, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Todd E. Mummert, | : | Docket No. 63 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| The Bank of New York Mellon, | : | |
| fka The Bank of New York, | : | |
| as Trustee (CWMBS 2004-25), | : | |
| Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES AT CLAIM NO. 11**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the application no later than **August 28, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Tuesday, September 19, 2017, at 10:00 AM** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: <u>August 10, 2017</u>                      Attorney for Movant:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA  15658
(814) 536-7470