**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 17-70093-JAD |
| Todd E. Mummert, : | |
| Debtor : | Chapter 13 |
| : | |
| Todd E. Mummert, : | Docket No. |
| Movant : | |
| v. : | Related to Docket No. 65 |
| Wells Fargo Home Mortgage, : | |
| Respondent : | |
| : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |

## ORDER

A *Loss Mitigation Order* dated <u>March 28, 2017</u>, was entered in the above matter at Document No. <u>42</u>. On <u>August 14, 2017</u>, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtor, <u>Todd E. Mummert</u> at Document No. <u>65</u>.

**AND NOW**, this <u>24th</u> day of <u>August</u>, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including <u>September 25, 2017</u>.*

_____
Jeffery A. Deller    mas
Chief United States Bankruptcy Judge

FILED
8/24/17 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
Todd E. Mummert
Kenneth P. Seitz, Esquire
Wells Fargo Home Mortgage c/o Karina Velter, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

PAWB Local Form 43 (04/14)    Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Todd E Mummert  
    Debtor

Case No. 17-70093-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Aug 24, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db          +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
         James   Warmbrodt     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         James A. Prostko     on behalf of Creditor     Deutsche Bank Trust Company Americas As Trustee et al. pawb@fedphe.com, james.prostko@phelanhallinan.com
         James A. Prostko     on behalf of Creditor     JPMorgan Chase Bank, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com
         Jill   Manuel-Coughlin     on behalf of Defendant     The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Jill   Manuel-Coughlin     on behalf of Creditor     The Bank Of New York Mellon, etal jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Karina   Velter     on behalf of Defendant     Real Time Solutions, Inc. amps@manleydeas.com
         Karina   Velter     on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com
         Karina   Velter     on behalf of Creditor     Real Time Resolutions Inc. amps@manleydeas.com
         Kenneth P. Seitz     on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
         Kenneth P. Seitz     on behalf of Debtor Todd E Mummert thedebterasers@aol.com
         Kirsten S. Penn     on behalf of Creditor     USSCO Federal Credit Union kpenn@lenderlaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         Thomas   Song     on behalf of Creditor     JPMorgan Chase Bank, N.A. thomas.song@phelanhallinan.com
         Thomas   Song     on behalf of Creditor     DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 thomas.song@phelanhallinan.com
                                                                                                    TOTAL: 15