## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| IN RE: : | | Bankruptcy No. 17-70093-JAD |
| Todd E. Mummert, : | | |
| Debtor : | | Chapter 13 |
| : | | |
| Todd E. Mummert, : | | Docket No. 69 |
| Movant : | | |
| : | | Hearing Date & Time: September 19, 2017 |
| v. : | | 10:00 AM |
| : | | |
| The Bank of New York Mellon, : | | |
| fka The Bank of New York, : | | |
| as Trustee (CWMBS 2004-25), : | | |
| Respondent : | | |

### CERTIFICATION OF NO OBJECTION REGARDING THE OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES AT CLAIM NO. 11

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 29th day of August, 2017, no answer, objection, or other responsive pleading to the Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges Filed at Claim #11 filed on August 10, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges Filed at Claim #11 appears thereon. Pursuant to the Notice of Hearing, objections to the Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges Filed at Claim #11 were to be filed and served no later than August 28, 2017.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges Filed at Claim #11 be entered by the Court.

Date: <u>August 29, 2017</u>                    /s/ Kenneth P. Seitz, Esquire
                                                Kenneth P. Seitz, Esquire
                                                PA I.D. # 81666
                                                Law Offices of Kenny P. Seitz
                                                P.O. Box 211, Ligonier, PA 15658
                                                (814) 536-7470
                                                Attorney for Debtor