15-2256

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Todd E. Mummert<br><br>Debtor(s)<br>THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2004-25)<br>Movant<br>v.<br>Todd E. Mummert and<br>Ronda J. Winnecour, Esquire<br>Respondents | 17-70093 JAD<br><br>Chapter 13 Proceeding |

## PRAECIPE TO WITHDRAW POST PETITION FEE NOTICE

TO THE COURT:

    Movant, THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2004-25), respectfully withdraws its Post Petition Fee Notice, which was filed on 07/20/2017.

    POWERS KIRN & ASSOCIATES, LLC

    By: **/s/ Jill Manuel-Coughlin, Esquire**
    Attorney ID# 63252
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090
    E-mail: Harry.Reese@pkjllc.com
    Attorney for Movant
    Dated: September 6, 2017

15-2256

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Todd E. Mummert<br><br>                                    Debtor(s)<br>THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2004-25)<br>                                    Movant<br>v.<br>Todd E. Mummert and<br>Ronda J. Winnecour, Esquire<br>                                    Respondents | 17-70093 JAD<br><br>Chapter 13 Proceeding |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on September 6, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

| | |
|---|---|
| Kenneth P. Seitz, Esquire<br>P.O. Box 211<br>Ligonier, PA  15658<br>Attorney for Debtor(s) | Ronda J. Winnecour, Esquire<br>600 Grant Street, Suite 3250<br>Pittsburgh PA  15219<br>Trustee |

**Parties Serviced via First Class Mail:**

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant