**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 17-70093-JAD** |
| **Todd E. Mummert,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Todd E. Mummert,** | : | |
| Movant | : | |
| v. | : | |
| **Selene Finance, LP,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am

over the age of eighteen years old and certify under penalty of perjury that I electronically served

the Interim Mortgage Modification Order dated September 7, 2017, on the Chapter 13 Trustee at

the following e-mail address: LMP@chapter13trusteewdpa.com.


Date: September 8, 2017               /s/ Kenneth P. Seitz, Esquire
                                      Kenneth P. Seitz, Esquire
                                      PA I.D. 81666
                                      Law Offices of Kenny P. Seitz
                                      P.O. Box 211
                                      Ligonier, PA 15658
                                      Tel: 814.536-7470
                                      Fax: 814.536-9924