# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70093-JAD |
|     Todd E. Mummert, | : | |
|                  Debtor | : | Chapter 13 |
| | : | |
| Todd E. Mummert, | : | |
|                  Movant | : | |
|             v. | : | |
| Selene Finance, LP, | : | |
|                  Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|                  Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Interim Mortgage Modification Order dated September 7, 2017, on the parties at the addresses on the attached matrix by first class mail.

Date: September 8, 2017

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

# MATRIX OF PARTIES SERVED

Manley Deas Kochalski, LLC
Attn: Karina Velter, Esquire
P.O. Box 165028
Columbus, OH 43216

Selene Finance, LP
Attn: Barbara Matta
9990 Richmond Avenue, Suite 400S
Houston, TX 77042

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Todd E. Mummert
5K Twin Rivers Boulevard
East Windsor, NJ 08520