# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** TODD E MUMMERT
**Case Number:** 17-70093-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 28, 2017 02:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/29/17 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

\# 9 - Final Confirmation of Plan Dated 2/23/2017 (NFC)
+ Objection By: The Bank of New York Mellon
R / M #: 9 / 0

### Appearances:

Debtor: Seitz
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

*Debtor just got a 6 month trial mod*

*Con't for status*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 1/25/18 at 11:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017   10:48:05 AM