# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** TODD E MUMMERT
**Case Number:** 17-70093-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 25, 2018 11:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/26/18 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#9 - Continued Confirmation of Plan Dated 2/23/2017 (NFC)
R / M #:  9 / 0

*Seitz*

## *Appearances:*

Debtor:
Trustee: Winnecour / **(Pail)** / Katz
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to **5/24/18** at **11:00**.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018   9:11:36AM