**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

IN RE:                                                                                              CASE NO.: 17-70093-JAD
                                                                                                              CHAPTER 13

**Todd E Mummert,**

   Debtor.

   _____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 20, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KENNETH P. SEITZ
KENNETH P. SEITZ
LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA  15658

TODD E MUMMERT
5K TWIN RIVERS ROAD
EAST WINDSOR, NJ  08520

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

                    RAS Citron, LLC
                    Authorized Agent for Secured Creditor
                    130 Clinton Road, Suite 202
                    Fairfield, NJ 07004
                    Telephone: 973-575-0707
                    Facsimile: 973-404-8886
                    By: /s/Kevin Buttery
                    Kevin Buttery, Esquire
                    Email: kbuttery@rascrane.com