UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Todd E. Mummert,<br>　　　　Debtor.<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWMBS 2004-25),<br>　　　　Movant,<br>v.<br><br>Todd E. Mummert,<br>　　　　Respondent/Debtor,<br><br>Ronda J. Winnecour<br>　　　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-70093/JAD |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice and with the consent of Debtor's counsel, Movant, Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWMBS 2004-25)'s Notice of Mortgage Payment Change filed with the Court on December 11, 2017.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 1, 2018　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:17-058370　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　pabk@logs.com