IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 17-70093-JAD |
| | : | |
| Todd E. Mummert, | : | |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | X | |
| Todd E. Mummert, | : | |
| Movant(s), | : | |
| | : | Related Doc. No. 28 |
| v. | : | |
| | : | |
| Wells Fargo Home Mortgage, and | : | |
| the Chapter 13 Trustee Ronda J. | : | |
| Winnecour, | : | |
| | : | |
| Respondents. | : | |
| | X | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated April 4, 2017, was entered in the above matter at Document No. 33 ("LPM Authorization Order"), wherein the Debtor were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and creditor/Respondent to negotiate a consensual loss mitigation settlement and/or mortgage modification. Under these circumstances, the Debtor and counsel to the Debtor is **directed**, **not later than April 30, 2018**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the ***extraordinary circumstances*** causing the failure of the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 26th day of March 2018.

BY THE COURT,

_____ mas
JEFFERY A. DELLER
**Chief United States Bankruptcy Judge**

Court Administrator to Serve:
Debtor(s)
Debtor(s) Counsel
Chapter 13 Trustee
[Counsel for Creditor]

FILED
3/26/18 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-70093-JAD
Todd E Mummert                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Mar 26, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
db             +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Jill  Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New
               York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               2004-25,   Mortgage Pass-Through Certificates jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Karina  Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
              Karina  Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
              Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
               2007-QS6 pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
                                                                                              TOTAL: 18