Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Todd E Mummert** : | Case No. 17−70093−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| WILMINGTON SAVINGS FUND SOCIETY, : | |
| FSB, D/B/A CHRISTIANA TRUST, NOT : | |
| INDIVIDUALLY BUT AS TRUSTEE FOR : | Related to Claim No. 12 |
| PRETIUM MORTGAGE ACQUISITION : | |
| TRUST : | |
| *Movant,* : | |
| : | |
| v. : | |
| Todd E Mummert : | |
| *Respondent.* : | |
| : | |
| : | |
| : | |
| : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  5/25/2018 .

Dated: May 11, 2018

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd E Mummert
    Debtor

Case No. 17-70093-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: mgut    Page 1 of 1    Date Rcvd: May 11, 2018
    Form ID: 128    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
aty    +Kenneth P. Seitz,   Law Offices of Kenny P. Seitz,   P.O. Box 211,   Ligonier, PA 15658-0211
    +Cristina DiGiannantonio,   RAS Crane, LLC,   10700 Abbot's Bridge Rd. Ste. 170,   Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:

    James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
    James A. Prostko   on behalf of Creditor   JPMorgan Chase Bank, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com
    James A. Prostko   on behalf of Creditor   Deutsche Bank Trust Company Americas As Trustee et al. pawb@fedphe.com, james.prostko@phelanhallinan.com
    Jill Manuel-Coughlin   on behalf of Creditor   The Bank fo New York Mellon, et al... jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
    Jill Manuel-Coughlin   on behalf of Defendant   The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
    Jill Manuel-Coughlin   on behalf of Creditor   The Bank Of New York Mellon, etal jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
    Karina Velter   on behalf of Creditor   Real Time Resolutions Inc. amps@manleydeas.com
    Karina Velter   on behalf of Defendant   Real Time Solutions, Inc. amps@manleydeas.com
    Karina Velter   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
    Kenneth P. Seitz   on behalf of Debtor Todd E Mummert thedebterasers@aol.com
    Kenneth P. Seitz   on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
    Kevin M Buttery   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com
    Kevin Scott Frankel   on behalf of Creditor   Bayview Loan Servicing, LLC, et. al. pabk@logs.com
    Kirsten S. Penn   on behalf of Creditor   USSCO Federal Credit Union kpenn@lenderlaw.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    Thomas Song   on behalf of Creditor   JPMorgan Chase Bank, N.A. pawb@fedphe.com
    Thomas Song   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com

    TOTAL: 18