# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :   Case No. 17-70093-JAD
    Todd E. Mummert,                   :
                                   Debtor   :   Chapter 13
                                                    :

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED MAY 15, 2018

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of May, 2018, a true and exact copy of the Amended Chapter 13 Plan dated May 15, 2018, along with a copy of the Order dated May 16, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>May 17, 2018</u>

                                                    Respectfully submitted,
                                                    <u>  /s/ Kenneth P. Seitz, Esquire  </u>
                                                    Kenneth P. Seitz, Esquire
                                                    PA I.D. # 81666
                                                   Law Offices of Kenny P. Seitz
                                                   P. O. Box 211
                                                   Ligonier, PA  15658
                                                   (814) 536-7470
                                                   Attorney for Debtor

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    AT&T Mobility
0315-7                                   5414 U.S. Steel Tower                    P.O. Box 6416
Case 17-70093-JAD                        600 Grant Street                         Carol Stream, IL 60197-6416
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-2703
Johnstown
Mon Feb 27 12:09:02 EST 2017

Bank of America                          Bank of America                          Bayview Loan Servicing
Attn: Bankruptcy Department              P.O. Box 15019                           4425 Ponce del Leon Boulevard, 5th Floor
P.O. Box 31785                           Wilmington, DE 19886-5019                Miami, FL 33146-1837
Tampa, FL 33631-3785


Burton Neil & Associates, P.C.           CACH, LLC                                CapOne/Boscov's
1060 Andrew Drive                        4340 South Monaco Street                 P.O. Box 30253
Suite 170                                Unit 2                                   Salt Lake City, UT 84130-0253
West Chester, PA 19380-5600              Denver, CO 80237-3485


Capital One Bank, N.A.                   Chase Home Mortgage                      Discover
P.O. Box 71083                           P.O. Box 78420                           P.O. Box 71084
Charlotte, NC 28272-1083                 Phoenix, AZ 85062-8420                   Charlotte, NC 28272-1084


Enhanced Recovery Co., LLC               (p)FIRSTENERGY CORPORATION               GMAC Mortgage
8014 Bayberry Road                       PO BOX 16001                             P.O. Box 9001719
Jacksonville, FL 32256-7412              READING PA 19612-6001                    Louisville, KY 40290-1719


Gleason, Barbin & Markovitz, LLP         (p)CITIBANK                              Internal Revenue Service
Attn: William Gleason Barbin, Solicitor  PO BOX 790034                            Centralized Insolvency Operation
206 Main Street                          ST LOUIS MO 63179-0034                   P.O. Box 7346
Johnstown, PA 15901-1509                                                          Philadelphia, PA 19101-7346


Johnstown Regional Sewage                McCarthy, Burgess, & Wolff               Ocwen Loan Servicing, LLC
410 Main Street                          The MB&W Building                        1661 Worthington Road, Suite 100
P.O. Box 610                             2600 Cannon Road                         West Palm Beach, FL 33409-6493
Johnstown, PA 15907-0610                 Cleveland, OH 44146


Office of the United States Trustee      PA Collection Service                    Penn Credit
Liberty Center.                          P.O. Box 893                             916 S. 14th Street
1001 Liberty Avenue, Suite 970           Washington, PA 15301-0893                P.O. Box 988
Pittsburgh, PA 15222-3721                                                         Harrisburg, PA 17108-0988


Pennsylvania Department of Revenue       Phelan, Hallinan, LLP                    Real Time Resolutions, Inc.
Bankruptcy Division                      c/o Matthew Brushwood, Esquire           1349 Empire Central Drive
P.O. Box 280946                          1617 JFK Boulevard, Suite 1400           Suite 150
Harrisburg, PA 17128-0946                One Penn Center Plaza                    Dallas, TX 75247-4029
                                         Philadelphia, PA 19103-1823


Sears Credit Cards                       Selene Finance                           Total Card
P.O. Box 183082                          9990 Richmond, Suite 400 South           5109 S. Broadband Lane
Columbus, OH 43218-3082                  Houston, TX 77042-4546                   Sioux Falls, SD 57108-2208
```

```
USSCO FCU                       Verizon Wireless               Wells Fargo Bank NA
532 Oakridge Drive              P.O. Box 25505                 3476 Stateview Blvd.
Johnstown, PA 15904-6915        Lehigh Valley, PA 18002-5505   Fort Mill, SC 29715-7200


Weltman, Weinberg & Reis, Co.   Windber Medical Center         Kenneth P. Seitz
c/o William T. Molczan, Esquire ATTN: Cashier                  Law Offices of Kenny P. Seitz
436 Seventh Avenue, Suite 1400  600 Somerset Avenue            P.O. Box 211
Pittsburgh, PA 15219-1827       Windber, PA 15963-1397         Ligonier, PA 15658-0211


Ronda J. Winnecour              Todd E Mummert
Suite 3250, USX Tower           5K Twin Rivers Road
600 Grant Street                East Windsor, NJ 08520-5230
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FirstEnergy Corporation         Home Depot Credit Services
76 S. Main Street               P.O. Box 182676
Akron, OH 44308                 Columbus, OH 43218
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMorgan Chase Bank, N.A.    End of Label Matrix
                                Mailable recipients    37
                                Bypassed recipients     1
                                Total                  38
```