# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :
                                                                 : Case No. 17-70093-JAD
**Todd E. Mummert,**                                             :
                                                                 : Chapter 13
    **Debtor**                                                   :
                                                                 :
                                                                 :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of May, 2018, a true and correct copy of the Order dated May 16, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> BAKEMARK USA, LLC
> 7351 CRIDER AVENUE
> PICO RIVERA, CA 90660
>
> TODD E. MUMMERT
> 5K TWIN RIVERS ROAD
> EAST WINDSOR, PA 08520

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>May 17, 2018</u>

Respectfully submitted,
<u>  /s/Kenneth P. Seitz, Esquire  </u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor