Form 202

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd E Mummert**
  Debtor(s)

Bankruptcy Case No.: 17−70093−JAD
Doc. No. 97
Chapter: 13
Docket No.: 99 − 97
Concil. Conf.: May 24, 2018 at 11:00 AM

**ORDER SCHEDULING DATES FOR HEARING ON**
**AND OBJECTION TO AMENDED PLAN DATED May 15, 2018**

  **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

  *On or before May 21, 2018,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

  *On May 24, 2018 at 11:00 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

  Only counsel for a Johnstown Debtor, and other Johnstown area counsel, may participate in plan conciliation conferences by telephone. Counsel for Debtor is responsible for originating the telephone call to the Chapter 13 Trustee's meeting room by calling 4126970177 at the time designated for the conciliation conference. Any party objecting to the plan must make arrangement with counsel for the Debtor to be included in the call, utilizing a thirdparty conference call service if necessary. The call shall not be placed to the Trustee's meeting room until AFTER all parties have been connected to the call.

Dated: May 15, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: Proponent of the Amended Plan

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 17-70093-JAD
Todd E Mummert                                                  Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch                  Page 1 of 3                  Date Rcvd: May 15, 2018
                              Form ID: 202                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230
cr             +Bayview Loan Servicing, LLC, et. al.,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
cr             +USSCO Federal Credit Union,    McGrath McCall, P.C.,    Four Gateway Center,    Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1220
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
14362593      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 15019,   Wilmington, DE 19886)
14362594       +Bank of America,    Attn: Bankruptcy Department,    P.O. Box 31785,    Tampa, FL 33631-3785
14362606      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,     P.O. Box 182676,    Columbus, OH 43218)
14362599       +CapOne/Boscov's,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14362598       +Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14362600       +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14642014       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14362604       +Gleason, Barbin & Markovitz, LLP,    Attn: William Gleason Barbin, Solicitor,    206 Main Street,
                 Johnstown, PA 15901-1509
14362608      #+Johnstown Regional Sewage,    410 Main Street,    P.O. Box 610,    Johnstown, PA 15907-0610
14382272      #+Penelec,    c/o FirstEnergy,   331 Newman Springs Road, Bldg. 3,     Red Bank, NJ 07701-6771
14362612       +Penn Credit,    916 S. 14th Street,    P.O. Box 988,   Harrisburg, PA 17108-0988
14362614       +Phelan, Hallinan, LLP,    c/o Matthew Brushwood, Esquire,     1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14362616       +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
14381581       +USSCO Johnstown Federal Credit Union,     c/o McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,    444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14362621       +Wells Fargo Bank NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
14398386        Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
14362623       +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14362592       +E-mail/Text: g20956@att.com May 16 2018 01:28:30       AT&T Mobility,   P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14362595       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 16 2018 01:28:29
                 Bayview Loan Servicing,    4425 Ponce del Leon Boulevard, 5th Floor,    Miami, FL 33146-1837
14362596       +E-mail/Text: notices@burt-law.com May 16 2018 01:28:41       Burton Neil & Associates, P.C.,
                 1060 Andrew Drive,    Suite 170,   West Chester, PA 19380-5600
14362597       +E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2018 01:32:07       CACH, LLC,
                 4340 South Monaco Street,    Unit 2,   Denver, CO 80237-3485
14362601       +E-mail/Text: mrdiscen@discover.com May 16 2018 01:27:46       Discover,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
14372947        E-mail/Text: mrdiscen@discover.com May 16 2018 01:27:46       Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14362602       +E-mail/Text: bknotice@ercbpo.com May 16 2018 01:28:16       Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14362603        E-mail/Text: bankruptcy@firstenergycorp.com May 16 2018 01:28:14       FirstEnergy Corporation,
                 76 S. Main Street,    Akron, OH 44308
14362605       +E-mail/Text: ally@ebn.phinsolutions.com May 16 2018 01:27:46       GMAC Mortgage,
                 P.O. Box 9001719,    Louisville, KY 40290-1719
14362607        E-mail/Text: cio.bncmail@irs.gov May 16 2018 01:27:50       Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14362609        E-mail/Text: bknotices@mbandw.com May 16 2018 01:28:24       McCarthy, Burgess, & Wolff,
                 The MB&W Building,    2600 Cannon Road,   Cleveland, OH 44146
14362610       +Fax: 407-737-5634 May 16 2018 01:56:32      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14375903       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2018 01:32:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14362613       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:28:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14522982        E-mail/Text: bkdepartment@rtresolutions.com May 16 2018 01:28:20
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362615       +E-mail/Text: bkdepartment@rtresolutions.com May 16 2018 01:28:20
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
14362617       +E-mail/Text: bkteam@selenefinance.com May 16 2018 01:27:48       Selene Finance,
                 9990 Richmond, Suite 400 South,    Houston, TX 77042-4546
14648222       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 16 2018 01:28:29
                 The Bank of New York Mellon, Trustee (See 410),     c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
14362618       +E-mail/Text: bknotices@totalcardinc.com May 16 2018 01:28:12       Total Card,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
```

Case 17-70093-JAD    Doc 106    Filed 05/17/18    Entered 05/18/18 00:49:21    Desc
Imaged Certificate of Notice    Page 3 of 4

```
District/off: 0315-7          User: msch              Page 2 of 3                Date Rcvd: May 15, 2018
                              Form ID: 202            Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14362619      +E-mail/Text: JBRLANSKY@USSCOFCU.NET May 16 2018 01:28:42      USSCO FCU,    532 Oakridge Drive,
               Johnstown, PA 15904-6915
14362620      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 16 2018 01:27:44
               Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
14362622      +E-mail/Text: BKRMailOps@weltman.com May 16 2018 01:28:16       Weltman, Weinberg & Reis, Co.,
               c/o William T. Molczan, Esquire,    436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
14648223      +E-mail/Text: bkteam@selenefinance.com May 16 2018 01:27:48
               Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
               9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO
cr             Deutsche Bank Trust Company Americas As Trustee et
cr             JPMorgan Chase Bank, N.A.
cr             Real Time Resolutions Inc.
cr             The Bank Of New York Mellon, etal
cr             The Bank fo New York Mellon, et al...
cr             WELLS FARGO BANK, N.A.
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
14640612       JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14631400*      Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
14362611     ##+PA Collection Service,   P.O. Box 893,    Washington, PA 15301-0893
                                                                                   TOTALS: 9, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Jill   Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New
               York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               2004-25,   Mortgage Pass-Through Certificates jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill   Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
```

```
District/off: 0315-7           User: msch               Page 3 of 3          Date Rcvd: May 15, 2018
                               Form ID: 202             Total Noticed: 44


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jill  Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
              Karina  Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
              Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
               2007-QS6 pawb@fedphe.com
                                                                                              TOTAL: 18
```