# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** TODD E MUMMERT
**Case Number:** 17-70093-JAD          **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 24, 2018  11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/25/18 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#9 - Continued Confirmation of Plan Dated 2/23/2017 (NFC)
R / M #: 9 / 0

### Appearances:

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

Order #101 cancelled conciliation

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 9/27/18 at 2:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/14/2018  11:18:21 AM