# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) **CASE NO. 17-70093-JAD** |
| **Todd E. Mummert** | ) |
|    **Debtor** | ) **Chapter 13** |
| | ) **Document No. _____** |
| | ) **Related to Doc. No. 122** |

## CONSENT ORDER MODIFYING FEBRUARY 4, 2019 ORDER

AND NOW, this _____ day of _____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated February 4, 2019, it is

ORDERED that the February 4, 2019, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that the amended claim of Wilmington Savings Fund Society (Claim No. 12-2) shall fully govern, with subsequent notices of mortgage payment change implemented.

The February 4, 2019 order otherwise remains in full force and effect.

                                               BY THE COURT:

                                               _____
                                               Jeffery A. Deller
                                               U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/Kenneth P. Seitz
Kenneth P. Seitz
Attorney for debtors
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470
thedebterasers@aol.com

/s/Kevin Buttery
Kevin Buttery, Esquire
Attorney for Wilmington Savings Fund Society
10700 Abbott's Bridge Road
Suite 170
Duluth GA 30097
856-904-8763
kbuttery@rascrance.com