IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Todd E. Mummert,

        Debtor

Bankruptcy No. 17-70093-JAD

Chapter 13

Doc. No. 129

Related to Doc. No. 122

## CONSENT ORDER MODIFYING FEBRUARY 4, 2019 ORDER

AND NOW, this _26th_ day of _March_, 2019, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated February 4, 2019, it is

ORDERED that the February 4, 2019, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that the amended claim of Wilmington Savings Fund Society (Claim No. 12-2) shall fully govern, with subsequent notices of mortgage payment change implemented.

The February 4, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

FILED
3/26/19 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/Kenneth P. Seitz
Kenneth P. Seitz
Attorney for debtors
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470
thedebterasers@aol.com

/s/Kevin Buttery
Kevin Buttery, Esquire
Attorney for Wilmington Savings Fund Society
10700 Abbott's Bridge Road
Suite 170
Duluth GA 30097
856-904-8763
kbuttery@rascrance.com

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                                  Case No. 17-70093-JAD
Todd E Mummert                                                          Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: dkam                   Page 1 of 3           Date Rcvd: Mar 26, 2019
                              Form ID: pdf900              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db             +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230
cr             +Bayview Loan Servicing, LLC, et. al.,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
cr             +USSCO Federal Credit Union,    McGrath McCall, P.C.,   Four Gateway Center,    Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1220
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
14362593      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:    Bank of America,   P.O. Box 15019,    Wilmington, DE 19886)
14362594       +Bank of America,    Attn: Bankruptcy Department,    P.O. Box 31785,   Tampa, FL 33631-3785
14362606      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:    Home Depot Credit Services,   P.O. Box 182676,   Columbus, OH 43218)
14362599       +CapOne/Boscov's,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14362600       +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14362604       +Gleason, Barbin & Markovitz, LLP,    Attn: William Gleason Barbin, Solicitor,   206 Main Street,
                 Johnstown, PA 15901-1509
14362612       +Penn Credit,    916 S. 14th Street,    P.O. Box 988,   Harrisburg, PA 17108-0988
14362614       +Phelan, Hallinan, LLP,    c/o Matthew Brushwood, Esquire,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14362616       +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
14381581       +USSCO Johnstown Federal Credit Union,    c/o McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,    444 Liberty Avenue,   Pittsburgh, PA 15222-1225
14362621       +Wells Fargo Bank NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
14398386        Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
14362623       +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,   Windber, PA 15963-1397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14362592       +E-mail/Text: g20956@att.com Mar 27 2019 03:07:04    AT&T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14362595       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 27 2019 03:07:01
                 Bayview Loan Servicing,    4425 Ponce del Leon Boulevard, 5th Floor,    Miami, FL 33146-1837
14362596       +E-mail/Text: notices@burt-law.com Mar 27 2019 03:07:21     Burton Neil & Associates, P.C.,
                 1060 Andrew Drive,   Suite 170,    West Chester, PA 19380-5600
14362597       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 03:08:46    CACH, LLC,
                 4340 South Monaco Street,   Unit 2,    Denver, CO 80237-3485
14362598       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:32
                 Capital One Bank, N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
14642014       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:03    Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14362601       +E-mail/Text: mrdiscen@discover.com Mar 27 2019 03:05:37    Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
14372947        E-mail/Text: mrdiscen@discover.com Mar 27 2019 03:05:37    Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
14362602       +E-mail/Text: bknotice@ercbpo.com Mar 27 2019 03:06:41    Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
14362603        E-mail/Text: bankruptcy@firstenergycorp.com Mar 27 2019 03:06:37    FirstEnergy Corporation,
                 76 S. Main Street,   Akron, OH 44308
14362605       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:36    GMAC Mortgage,
                 P.O. Box 9001719,   Louisville, KY 40290-1719
14362607        E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 03:05:48    Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14362609        E-mail/Text: bknotices@mbandw.com Mar 27 2019 03:06:58    McCarthy, Burgess, & Wolff,
                 The MB&W Building,   2600 Cannon Road,    Cleveland, OH 44146
14362610       +Fax: 407-737-5634 Mar 27 2019 03:28:15    Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14375903       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:08:35
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14362613       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2019 03:06:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14522982        E-mail/Text: bkdepartment@rtresolutions.com Mar 27 2019 03:06:49
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362615       +E-mail/Text: bkdepartment@rtresolutions.com Mar 27 2019 03:06:49
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive,   Suite 150,   Dallas, TX 75247-4029
14362617       +E-mail/Text: bkteam@selenefinance.com Mar 27 2019 03:05:46    Selene Finance,
                 9990 Richmond, Suite 400 South,    Houston, TX 77042-4546
14648222       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 27 2019 03:07:01
                 The Bank of New York Mellon, Trustee (See 410),    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
14362618       +E-mail/Text: bknotices@totalcardinc.com Mar 27 2019 03:06:32    Total Card,
                 5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
14362619       +E-mail/Text: JBRLANSKY@USSCOFCU.NET Mar 27 2019 03:07:22    USSCO FCU,    532 Oakridge Drive,
                 Johnstown, PA 15904-6915
```

```
District/off: 0315-7                  User: dkam                    Page 2 of 3                    Date Rcvd: Mar 26, 2019
                                      Form ID: pdf900               Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14362620       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:30
                 Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
14362622       +E-mail/Text: BKRMailOps@weltman.com Mar 27 2019 03:06:42     Weltman, Weinberg & Reis, Co.,
                 c/o William T. Molczan, Esquire,   436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
14648223       +E-mail/Text: bkteam@selenefinance.com Mar 27 2019 03:05:46
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,   Houston, TX 77042-4546
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO
cr             Deutsche Bank Trust Company Americas As Trustee et
cr             JPMorgan Chase Bank, N.A.
cr             Real Time Resolutions Inc.
cr             The Bank Of New York Mellon, etal
cr             The Bank fo New York Mellon, et al...
cr             WELLS FARGO BANK, N.A.
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
14640612       JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14631400*      Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362608      ##+Johnstown Regional Sewage,    410 Main Street,    P.O. Box 610,    Johnstown, PA 15907-0610
14362611      ##+PA Collection Service,    P.O. Box 893,   Washington, PA 15301-0893
14382272      ##+Penelec,   c/o FirstEnergy,   331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                              TOTALS: 9, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
               pawb@fedphe.com,  james.prostko@phelanhallinan.com
              Jill   Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New
               York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               2004-25,  Mortgage Pass-Through Certificates jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jill   Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jill   Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
```

```
District/off: 0315-7          User: dkam                Page 3 of 3                  Date Rcvd: Mar 26, 2019
                              Form ID: pdf900           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Karina  Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
              Karina  Velter    on behalf of Defendant   Real Time Solutions, Inc. amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
              Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
               2007-QS6 pawb@fedphe.com
                                                                                             TOTAL: 18
```