UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Todd E. Mummert,<br>   Debtor.<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWMBS 2004-25),<br>   Movant,<br>v.<br><br>Todd E. Mummert,<br>   Respondent/Debtor,<br><br>Ronda J. Winnecour<br>   Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-70093/JAD |

## NOTICE OF WITHDRAW

To The Clerk, United States Bankruptcy Court:

 Kindly withdraw, without prejudice and with the consent of Debtor's counsel, Movant, Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWMBS 2004-25)'s Notice of Mortgage Payment Change filed with the Court on December 11, 2019.

              Respectfully submitted,

Dated: December 17, 2019      BY: /s/ Kevin S. Frankel
                 Kevin S. Frankel, Esquire
                 Shapiro & DeNardo, LLC
                 3600 Horizon Drive, Suite 150
                 King of Prussia, PA 19406
                 (610)278-6800/ fax (847) 954-4809
S&D File #:17-058370        PA BAR ID #318323
                 pabk@logs.com