**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-70093-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Todd E Mummert
5K Twin Rivers Road
East Windsor NJ 08520

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/10/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 12: Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042 | Elizon Master Participation Trust I, Fay Servicing, LLC PO Box 814609 Dallas, TX 75381-4609 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/13/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70093-JAD
Todd E Mummert                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7       User: aala              Page 1 of 1              Date Rcvd: Feb 11, 2020
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14648223       +E-mail/Text: bkteam@selenefinance.com Feb 12 2020 02:51:35
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
               pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al...
               bankruptcy@powerskirn.com
              Jill  Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New
               York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               2004-25,  Mortgage Pass-Through Certificates bankruptcy@powerskirn.com
              Jill  Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal
               bankruptcy@powerskirn.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
              Karina  Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
              Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
              Morris Anthony Scott    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               smncina@rascrane.com
              Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
               2007-QS6 pawb@fedphe.com
                                                                                             TOTAL: 20