Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd E Mummert**
 Debtor(s)

Bankruptcy Case No.: 17−70093−JAD
Doc. No. 136
Chapter: 13
Docket No.: 137 − 136
Concil. Conf.: May 14, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 14, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 13, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Todd E Mummert  
    Debtor  

Case No. 17-70093-JAD  
Chapter 13  

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 3     Date Rcvd: Feb 13, 2020  
                    Form ID: 410     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.

```
db             +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230
cr             +Bayview Loan Servicing, LLC, et. al.,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
cr              Elizon Master Participation Trust I, U.S. Bank Tru,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
cr             +USSCO Federal Credit Union,    McGrath McCall, P.C.,    Four Gateway Center,    Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
14362593      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
14362594       +Bank of America,    Attn: Bankruptcy Department,    P.O. Box 31785,    Tampa, FL 33631-3785
14362606      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,    P.O. Box 182676,    Columbus, OH 43218)
14362599       +CapOne/Boscov’s,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14362600       +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
15197899        Elizon Master Participation Trust I,,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
14362604       +Gleason, Barbin & Markovitz, LLP,    Attn: William Gleason Barbin, Solicitor,    206 Main Street,
                 Johnstown, PA 15901-1509
14362612       +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14362614        Phelan, Hallinan, LLP,    c/o Matthew Brushwood, Esquire,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14362616       +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
14381581       +USSCO Johnstown Federal Credit Union,    c/o McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,    444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14362621       +Wells Fargo Bank NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
14398386        Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
14362623       +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14362592       +E-mail/Text: g20956@att.com Feb 14 2020 03:14:53      AT&T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14362595       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 14 2020 03:14:51
                 Bayview Loan Servicing,    4425 Ponce del Leon Boulevard, 5th Floor,    Miami, FL 33146-1873
14362596       +E-mail/Text: notices@burt-law.com Feb 14 2020 03:15:11      Burton Neil & Associates, P.C.,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
14362597       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 03:24:28      CACH, LLC,
                 4340 South Monaco Street,    Unit 2,    Denver, CO 80237-3485
14362598       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 03:25:03
                 Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14642014       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 03:24:35      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14362601       +E-mail/Text: mrdiscen@discover.com Feb 14 2020 03:13:56      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
14372947        E-mail/Text: mrdiscen@discover.com Feb 14 2020 03:13:56      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14362602       +E-mail/Text: bknotice@ercbpo.com Feb 14 2020 03:14:36      Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14362603        E-mail/Text: bankruptcy@firstenergycorp.com Feb 14 2020 03:14:33      FirstEnergy Corporation,
                 76 S. Main Street,    Akron, OH 44308
14362605       +E-mail/Text: ally@ebn.phinsolutions.com Feb 14 2020 03:13:01      GMAC Mortgage,
                 P.O. Box 9001719,    Louisville, KY 40290-1719
14362607        E-mail/Text: cio.bncmail@irs.gov Feb 14 2020 03:14:04      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14362609        E-mail/Text: bknotices@mbandw.com Feb 14 2020 03:14:49      McCarthy, Burgess, & Wolff,
                 The MB&W Building,    2600 Cannon Road,    Cleveland, OH 44146
14362610       +Fax: 407-737-5634 Feb 14 2020 03:25:24      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14375903       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 03:24:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14362613       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:14:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14522982        E-mail/Text: bkdepartment@rtresolutions.com Feb 14 2020 03:14:40
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362615       +E-mail/Text: bkdepartment@rtresolutions.com Feb 14 2020 03:14:40
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
14362617       +E-mail/Text: bkteam@selenefinance.com Feb 14 2020 03:14:01      Selene Finance,
                 9990 Richmond, Suite 400 South,    Houston, TX 77042-4546
14648222       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 14 2020 03:14:51
                 The Bank of New York Mellon, Trustee (See 410),    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
```

```
District/off: 0315-7           User: msch                  Page 2 of 3                   Date Rcvd: Feb 13, 2020
                               Form ID: 410                Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14362618       +E-mail/Text: bknotices@totalcardinc.com Feb 14 2020 03:14:29      Total Card,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14362619       +E-mail/Text: JBRLANSKY@USSCOFCU.NET Feb 14 2020 03:15:11       USSCO FCU,    532 Oakridge Drive,
                 Johnstown, PA 15904-6915
14362620       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 14 2020 03:12:57
                  Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14362622       +E-mail/Text: BKRMailOps@weltman.com Feb 14 2020 03:14:38       Weltman, Weinberg & Reis, Co.,
                 c/o William T. Molczan, Esquire,     436 Seventh Avenue, Suite 1400,     Pittsburgh, PA 15219-1827
14648223       +E-mail/Text: bkteam@selenefinance.com Feb 14 2020 03:14:01
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO
cr             Deutsche Bank Trust Company Americas As Trustee et
cr             JPMorgan Chase Bank, N.A.
cr             Real Time Resolutions Inc.
cr             The Bank Of New York Mellon, etal
cr             The Bank fo New York Mellon, et al...
cr             WELLS FARGO BANK, N.A.
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
14640612       JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14631400*      Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362608      ##+Johnstown Regional Sewage,    410 Main Street,    P.O. Box 610,    Johnstown, PA 15907-0610
14362611      ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
14382272      ##+Penelec,   c/o FirstEnergy,    331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                           TOTALS: 9, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              James   Warmbrodt    on  behalf  of  Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
               pawb@fedphe.com
              Jill  Manuel-Coughlin    on  behalf  of  Defendant    The Bank of New York Mellon fka The Bank of New
               York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
               2004-25,   Mortgage Pass-Through Certificates bankruptcy@powerskirn.com
              Jill  Manuel-Coughlin    on  behalf  of  Creditor    The Bank Of New York Mellon, etal
               bankruptcy@powerskirn.com
              Jill  Manuel-Coughlin    on  behalf  of  Creditor    The Bank fo New York Mellon, et al...
               bankruptcy@powerskirn.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
              Karina  Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
```

```
District/off: 0315-7              User: msch                Page 3 of 3               Date Rcvd: Feb 13, 2020
                                  Form ID: 410              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
          Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com
          Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
          Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
          Morris Anthony Scott    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com
          Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com

                                                                                                                                                                                                   TOTAL: 20