**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-70093-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Todd E Mummert
5K Twin Rivers Road
East Windsor NJ 08520

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/18/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: The Bank of New York Mellon, Trustee (See 410), c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
P.O. Box 10826
Greenville, SC  29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/20/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70093-JAD
Todd E Mummert                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: aala           Page 1 of 1            Date Rcvd: Feb 18, 2020
                          Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14648222       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 19 2020 03:12:29
      The Bank of New York Mellon, Trustee (See 410),   c/o Bayview Loan Servicing, LLC,
      4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
                                                                                                 TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
      James    Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
      bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
      James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
      pawb@fedphe.com
      Jill   Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al...
      bankruptcy@powerskirn.com
      Jill   Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New
      York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
      2004-25,  Mortgage Pass-Through Certificates bankruptcy@powerskirn.com
      Jill   Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal
      bankruptcy@powerskirn.com
      Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      Karina   Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
      Karina   Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
      Kenneth P. Seitz   on behalf of Debtor Todd E Mummert thedebterasers@aol.com
      Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
      Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
      kbuttery@rascrane.com
      Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
      Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
      Morris Anthony Scott    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sindi   Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
      smncina@rascrane.com
      Thomas   Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
      Thomas   Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
      2007-QS6 pawb@fedphe.com
                                                                                                  TOTAL: 20