# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** TODD E MUMMERT
- **Case Number:** 17-70093-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 14, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/18/20 6:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#136 - Trustee's Certificate of Default to Dismiss
+ Declaration of Reason For No Payment To Plan filed 3/9/2020
R / M #: 136 / 0

**Appearances:** Seitz

- Debtor:
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome: COD Withdrawn / Order attached increasing payment ✓

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/5/2020    12:30:19PM