FILED
5/18/20 6:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>TODD E MUMMERT<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>TODD E MUMMERT<br><br>Respondent(s) | Case No. 17-70093JAD<br>Chapter 13<br><br>Related to Document No. #136 |

### ORDER

AND NOW, this __18th__ day of _____May_____, 20_20_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐    This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ 2,335 effective 5/20 .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

Dated : _____

Jeffery A. Deller
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70093-JAD
Todd E Mummert                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch            Page 1 of 3           Date Rcvd: May 18, 2020
                   Form ID: pdf900       Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
```
db             +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230
cr             +Bayview Loan Servicing, LLC, et. al.,     4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
cr              Elizon Master Participation Trust I, U.S. Bank Tru,     Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
cr             +USSCO Federal Credit Union,    McGrath McCall, P.C.,    Four Gateway Center,    Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
14362593      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886)
14362594       +Bank of America,    Attn: Bankruptcy Department,    P.O. Box 31785,    Tampa, FL 33631-3785
14362606      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,      P.O. Box 182676,    Columbus, OH 43218)
14362599       +CapOne/Boscov’s,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
15197899        Elizon Master Participation Trust I,,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
14362604       +Gleason, Barbin & Markovitz, LLP,    Attn: William Gleason Barbin, Solicitor,    206 Main Street,
                 Johnstown, PA 15901-1509
14362610       +Ocwen Loan Servicing, LLC,    1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14362612       +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14362614        Phelan, Hallinan, LLP,    c/o Matthew Brushwood, Esquire,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14362616       +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
15200929        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
14381581       +USSCO Johnstown Federal Credit Union,    c/o McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,    444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14362621       +Wells Fargo Bank NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
14398386        Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
14362623       +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14362592       +E-mail/Text: g20956@att.com May 19 2020 03:35:22      AT&T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14362595       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 19 2020 03:35:22
                 Bayview Loan Servicing,    4425 Ponce del Leon Boulevard, 5th Floor,    Miami, FL 33146-1873
14362596       +E-mail/Text: notices@burt-law.com May 19 2020 03:35:29      Burton Neil & Associates, P.C.,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
14362597       +E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 03:39:58      CACH, LLC,
                 4340 South Monaco Street,    Unit 2,    Denver, CO 80237-3485
14362598       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 03:39:25
                 Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14642014       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 03:39:59      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14362601       +E-mail/Text: mrdiscen@discover.com May 19 2020 03:34:42      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
14372947        E-mail/Text: mrdiscen@discover.com May 19 2020 03:34:42      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14362602       +E-mail/Text: bknotice@ercbpo.com May 19 2020 03:35:17      Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14362603        E-mail/Text: bankruptcy@firstenergycorp.com May 19 2020 03:35:13      FirstEnergy Corporation,
                 76 S. Main Street,    Akron, OH 44308
14362605       +E-mail/Text: ally@ebn.phinsolutions.com May 19 2020 03:34:40      GMAC Mortgage,
                 P.O. Box 9001719,    Louisville, KY 40290-1719
14362607        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 19 2020 03:34:49      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14362600        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 19 2020 03:40:17      Chase Home Mortgage,
                 P.O. Box 78420,    Phoenix, AZ 85062
14362609        E-mail/Text: bknotices@mbandw.com May 19 2020 03:35:21      McCarthy, Burgess, & Wolff,
                 The MB&W Building,    2600 Cannon Road,    Cleveland, OH 44146
14375903      ++E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14362613       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2020 03:35:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14522982        E-mail/Text: bkdepartment@rtresolutions.com May 19 2020 03:35:18
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362615       +E-mail/Text: bkdepartment@rtresolutions.com May 19 2020 03:35:18
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive,    Suite 150,   Dallas, TX 75247-4029
14362617       +E-mail/Text: bkteam@selenefinance.com May 19 2020 03:34:47      Selene Finance,
                 9990 Richmond, Suite 400 South,    Houston, TX 77042-4546
```

```
District/off: 0315-7           User: msch               Page 2 of 3               Date Rcvd: May 18, 2020
                               Form ID: pdf900         Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14648222       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 19 2020 03:35:22
                 The Bank of New York Mellon, Trustee (See 410),    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
14362618       +E-mail/Text: bknotices@totalcardinc.com May 19 2020 03:35:10      Total Card,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14362619       +E-mail/Text: JBRLANSKY@USSCOFCU.NET May 19 2020 03:35:31       USSCO FCU,    532 Oakridge Drive,
                 Johnstown, PA 15904-6915
14362620       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 19 2020 03:34:36
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14362622       +E-mail/Text: BKRMailOps@weltman.com May 19 2020 03:35:18       Weltman, Weinberg & Reis, Co.,
                 c/o William T. Molczan, Esquire,    436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
14648223       +E-mail/Text: bkteam@selenefinance.com May 19 2020 03:34:47
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO
cr              Deutsche Bank Trust Company Americas As Trustee et
cr              JPMorgan Chase Bank, N.A.
cr              Real Time Resolutions Inc.
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              The Bank Of New York Mellon, etal
cr              The Bank fo New York Mellon, et al...
cr              WELLS FARGO BANK, N.A.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
14640612        JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC  29603-0826
14631400*       Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14362608       ##+Johnstown Regional Sewage,    410 Main Street,    P.O. Box 610,    Johnstown, PA 15907-0610
14362611       ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
14382272       ##+Penelec,    c/o FirstEnergy,    331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                   TOTALS: 10, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al.
           pawb@fedphe.com
          Jill Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New
           York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust
           2004-25,  Mortgage Pass-Through Certificates bankruptcy@powerskirn.com
```

```
District/off: 0315-7           User: msch              Page 3 of 3             Date Rcvd: May 18, 2020
                               Form ID: pdf900         Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jill  Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal
           bankruptcy@powerskirn.com
          Jill  Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al...
           bankruptcy@powerskirn.com
          Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          Karina  Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
          Karina  Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
          Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
          Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
           kbuttery@rascrane.com
          Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
          Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
          Morris Anthony Scott    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           smncina@rascrane.com
          Thomas  Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
           2007-QS6 pawb@fedphe.com
                                                                                             TOTAL: 20
```