Case 17-70093-JAD    Doc 152    Filed 05/23/20    Entered 05/24/20 00:30:44    Desc
PAWB FORM 11 (03/12)    Imaged Certificate of Notice    Page 1 of 3

FILED
5/21/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Bankruptcy No. 17-70093-JAD |
| **Todd E. Mummert,** : | |
| Debtor : | Chapter 13 |
| : | |
| **Todd E. Mummert,** : | Related To Doc. No. 150 |
| Movant : | |
| : | |
| v. : | |
| : | |
| **Bakemark USA, LLC** : | |
| **7351 Crider Avenue** : | |
| **Pico Rivera, CA 90660** : | |
| Respondent : | |
| : | |
| and : | |
| : | |
| **Ronda J. Winnecour, Esquire** : | |
| **Chapter 13 Trustee** : | |
| Additional Respondent : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

BAKEMARK USA, LLC
7351 CRIDER AVENUE
PICO RIVERA, CA 90660

shall deduct from that income the sum of **$1,077.70**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQUIRE
CHAPTER 13 TRUSTEE, W.D.PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the entity to be served shall be provided and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

DATED this 21st day of May, 2020.

_____
Jeffery A. Deller        mas
United States Bankruptcy Judge

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
  Todd E. Mummert
  Kenneth P. Seitz, Esquire
  Bakemart USA, LLC
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-70093-JAD
Todd E Mummert                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: msch              Page 1 of 1              Date Rcvd: May 21, 2020
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.
db           +Todd E Mummert,    5K Twin Rivers Road,    East Windsor, NJ 08520-5230
             +Bakemart USA, LLC,    Attn: Payroll Manager,   7351 Crider Avenue,    Pico Rivera, CA 90660-3705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee et al. pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal bankruptcy@powerskirn.com
              Jill Manuel-Coughlin    on behalf of Creditor    The Bank fo New York Mellon, et al... bankruptcy@powerskirn.com
              Jill Manuel-Coughlin    on behalf of Defendant    The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates bankruptcy@powerskirn.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina Velter    on behalf of Creditor    Real Time Resolutions Inc. amps@manleydeas.com
              Karina Velter    on behalf of Defendant    Real Time Solutions, Inc. amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Todd E Mummert thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com
              Kevin M Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Kirsten S. Penn    on behalf of Creditor    USSCO Federal Credit Union kpenn@lenderlaw.com
              Morris Anthony Scott    on behalf of Creditor    Bayview Loan Servicing, LLC, et. al. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com
              Thomas Song    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com
                                                                                               TOTAL: 20