| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Todd E Mummert | Case Number:<br>7:2017-bk-70093 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC X2303-01A<br>1 Home Campus<br>Des Moines, IA 50328 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **2746**  UCID: **WFCHEQ1770093PAW42102746** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number: **6** | | |
| 3.  Signature:<br><br>Check the appropriate box.<br>  X  I am the creditor.<br>     I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>     I am the trustee, or the debtor.<br>     I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Heather Monique Cole            Date: 02/09/2022<br>     VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 17-70093

Todd E Mummert  CHAPTER: 13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 09, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Todd E Mummert
5K Twin Rivers Road
East Windsor, NJ 08520

*Debtor's Attorney:*   *By CM / ECF Filing:*

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

*Trustee:*   *By CM / ECF Filing:*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)

Case 17-70093-JAD    Doc 160    Filed 02/09/22    Entered 02/09/22 10:53:22    Desc Main
Document      Page 3 of 3