**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/10/2022

IN RE:

TODD E MUMMERT
5K TWIN RIVERS ROAD
EAST WINDSOR, NJ 08520
XXX-XX-4210          Debtor(s)

Case No. 17-70093 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/10/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE~DEUTSCHE BANK/PRAE |
| **KIRSTEN S PENN ESQ**<br>MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: USCCO FCU/PRAE |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4318/PRAE | CLAIM: 0.00<br>COMMENT: JCP/PRAE |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3047 | CLAIM: 8,862.18<br>COMMENT: AVD/OE*2ND*BGN 2/17 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SHELLPOINT MTG SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 11 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3321 | CLAIM: 30,000.00<br>COMMENT: $-%/OE@MDF/PL*FR BNY-MELLON/BAYVIEW-DOC 140*W/54*DKT |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5025 | CLAIM: 0.00<br>COMMENT: RS/OE*C=61669.53*SURR@CHASE/PL |
| **OCWEN LOAN SERVICING LLC(*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: NCF | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5642 | CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL |
| **USSCO FEDERAL CREDIT UNION(*)**<br>532 OAKRIDGE DR<br>JOHNSTOWN, PA 15904 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7284 | CLAIM: 0.00<br>COMMENT: SURR/PL*53311.29=CL |
| **USSCO FEDERAL CREDIT UNION(*)**<br>532 OAKRIDGE DR<br>JOHNSTOWN, PA 15904 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7284 | CLAIM: 0.00<br>COMMENT: SURR/PL*CL=19782.05 |
| **ELIZON MASTER PARTICIPATION TRUST I US B/**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8089 | CLAIM: 0.00<br>COMMENT: LOAN MOD@CID55*FR WILMINGTON-DOC 134 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO HOME MORTGAGE<br>MAC B6955-01B<br>PO BOX 31557<br>BILLINGS, MT 59107 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: 196/PL*195.07 X (60+2)=LMT*LMP EXPECTED | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2746 |
| **WELLS FARGO BANK NA**<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8327 |
| **GMAC MORTGAGE CORP***<br>ATTN MAIL CODE 507-345-110<br>3451 HAMMOND AVE~PMT PROCESSNG<br>WATERLOO, IA 50702 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SELENE FINANCE LP**<br>ATTN BKRPTCY PMT PROCSSNG<br>9990 RICHMOND AVE<br>STE 400 SOUTH**<br>HOUSTON, TX 77042 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 3,025.20<br>COMMENT: CL2-2GOVS*3393@0%/PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4210 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/CONFD AMD PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4210 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9800 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9967 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0050 |

| Creditor | Trustee Claim / Court Claim | Credit Info |
|---|---|---|
| **BURTON NEIL**<br>BURTON NEIL & ASSOC PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA  19380 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: THD~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7685 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1724 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEARS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1804 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0615 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOSCOVS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0218 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6969 |
| **HOME DEPOT CREDIT SERVICES**<br>PO BOX 790328<br>SAINT LOUIS, MO  63179 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4289 |
| **JOHNSTOWN REGIONAL SEWAGE\*\***<br>C/O GJWA - COLLECTOR<br>PO BOX 1407<br>JOHNSTOWN, PA  15907 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 16~NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4303 |
| **JOHNSTOWN REGIONAL SEWAGE\*\***<br>C/O GJWA - COLLECTOR<br>PO BOX 1407<br>JOHNSTOWN, PA  15907 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 16~NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6402 |
| **PA COLLECTION SERVICE++**<br>PO BOX 110<br>ALTOONA, PA  16603-0110 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WINDBER MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7961 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | CRED DESC / Account No. |
|---|---|---|
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST ENERGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8229 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:8-3<br>CLAIM: 0.00<br>COMMENT: UNS/SCH*PROP SURR/PL*2ND*UNS/AMD CL@CID 56 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8230 |
| **TOTAL CARD INC O/B/O MONTEREY CTY BNK**<br>2700 S LORRAINE PL<br><br>SIOUX FALLS, SD 57106 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON WIRELESS/CH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8801 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 5,664.41<br>COMMENT: X1149/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6245 |
| **AT&T MOBILITY**<br>P.O. BOX 6416<br><br>CAROL STREAM, IL 60197-6416 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6969 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST ENERGY***<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GLEASON BARBIN AND MARKOWITZ LLP**<br>206 MAIN ST<br><br>JOHNSTOWN, PA 15901 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCARTHY BURGESS & WOLFF**<br>26000 CANNON RD<br><br>CLEVELAND, OH 44146 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WINDBER MEDICAL CNTR**<br>600 SOMERSET AVE<br>WINDBER, PA 15963 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 367.21<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4210 |
| **JILL MANUEL-COUGHLIN ESQ**<br>POWERS KIRN & ASSOCIATES LLC<br>EIGHT NESHAMINITY INTERPLEX - STE 215<br>TREVOSE, PA 19053 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,224.27<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5066 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO HOME MORTGAGE<br>MAC B6955-01B<br>PO BOX 31557<br>BILLINGS, MT 59107 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,729.63<br>COMMENT: 4730/PL*LMP EXPECTED*THR 1/17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2746 |
| **ELIZON MASTER PARTICIPATION TRUST I US B/**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 012<br>CLAIM: 6,948.55<br>COMMENT: LOAN MOD@CID55*FR WILMINGTON-DOC 134 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8089 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: AVD@CID4*2ND*THR 1/17*ARRS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3047 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br>DALLAS, TX 75235 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 8-3<br>CLAIM: 0.00<br>COMMENT: UNS/SCH*PROP SURR/PL*2ND*UNS/AMD CL@ CID 56 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8230 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: SURR@CHASE/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5025 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  100.90<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9277 |
| **ELIZON MASTER PARTICIPATION TRUST I US B**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br><br>DALLAS, TX  75381-4609 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  0.00<br>COMMENT:  LOAN MOD@CID55*FR WILMINGTON-DOC 134 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  8089 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SHELLPOINT MTG SERVICING<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  0.00<br>COMMENT:  W/DRWN@DOC 71*NTC POSTPET FEE/EXP*REF CL=$650*W/5 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  3321 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SHELLPOINT MTG SERVICING<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  35,758.80<br>COMMENT:  UNSEC BAL STIP/OE*FR BNY-MELLON/BAYVIEW-DOC 140*W/5 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3321 |
| **ELIZON MASTER PARTICIPATION TRUST I US B**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br><br>DALLAS, TX  75381-4609 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:12-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4LMT*LOAN MOD*BGN 1/18*AMD*FR WILMINTON-D134 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8089 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O REAL TIME RESOLUTIONS INC(*)<br>PO BOX 35888<br><br>DALLAS, TX  75235 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:8-3<br><br>CLAIM:  11,884.94<br>COMMENT:  SURR/PL*AMD=UNS*W/32,49*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8230 |