# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Todd E. Mummert<br><br>Debtor(s) | Case No.: 17-70093 JAD<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of WELLS FARGO BANK, N.A. in relation to a claim secured by real property commonly known as 108 Baumgardner Road, Salix, PA  15952 and identified by account number *******2746 .

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for WELLS FARGO BANK, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  March 18, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #3122928
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Todd E. Mummert<br><br>Debtor(s) | Case No.: 17-70093 JAD<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 18, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

| | |
|---|---|
| Ronda J. Winnecour<br>600 Grant Street, Suite 3250<br>Pittsburgh PA  15219<br>cmecf@chapter13trusteewdpa.com<br>Trustee | Kenneth P. Seitz, Esquire<br>P.O. Box 211<br>Ligonier, PA  15658<br>thedebterasers@aol.com<br>Attorney for Debtor/Debtors |

Parties served via First-Class Mail:

Todd E. Mummert
5K Twin Rivers Road
East Windsor NJ  08520
Debtor


Dated:  March 18, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #3122928
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant