**Fill in this information to identify the case:**

Debtor 1: Todd E. Mummert

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 17-70093 JAD

## Form 4100R
# Response to Interim Notice of Cure of Arrears
10/15

According to Bankruptcy Rule 3002.1(g) the creditor responds to the trustee's interim notice of cure of arrears.

### Part 1: Mortgage Information

**Name of Creditor:** WELLS FARGO BANK, N.A.

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 2746

**Property address:** 108 Baumgardner Road
Number    Street

Salix, PA  15952
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/20/2022
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of the response is:
  a. Total postpetition ongoing payments due:    (a) $ _____
  b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ _____
  c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____ MM/DD/YYYY

**"Due to the status of the account, monies received may have been applied to the principal balance only and interest may have ceased to accrue on the account."**

page 1

Form 4100R    Response to Interim Notice of Cure of Arrears

| Debtor 1 | Todd | E. | Mummert | Case number (if known) | 17-70093 JAD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts for the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amount the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✗ | /s/ Harry B. Reese | | Date | 03/18/2022 |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print | | Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq. / Daniel C. Fanaselle, Esq. | | Title | Attorney |
| | | First Name   Middle Name   Last Name | | | |
| Company | | Powers Kirn, LLC | | | |

If different from the notice of address listed on the proof of claim to which this response applies:

| Address | 8 Neshaminy Interplex, Suite 215 |
|---|---|
| | Number   Street |
| | Trevose, PA   19053 |
| | City   State   ZIP Code |

| Contact phone | 215-942-2090 | Email | bankruptcy@powerskirn.com |
|---|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Todd E. Mummert<br><br>Debtor(s) | Case No.: 17-70093 JAD<br><br>Chapter: 13 |
| WELLS FARGO BANK, N.A.<br><br>Movant<br><br>v.<br>Todd E. Mummert<br><br><br>Respondent | |

## CERTIFICATION OF SERVICE
## OF RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 18, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via electronic notification:</u>

Ronda J. Winnecour
600 Grant Street, Suite 3250
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com
Trustee

Kenneth P. Seitz, Esquire
P.O. Box 211
Ligonier, PA  15658
thedebterasers@aol.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail</u>

Todd E. Mummert
5K Twin Rivers Road
East Windsor NJ  08520
Debtor

Dated:  March 18, 2022

　　/s/ Harry B. Reese　　　　　　
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant