**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>  TODD E MUMMERT<br><br>              Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>       vs.<br>  TODD E MUMMERT<br><br><br>        Respondents | Case No.17-70093JAD<br><br>Chapter 13<br><br>Related to Dkt. No. 165 | FILED<br>4/18/22 9:04 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 18th day of April 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Bakemark
Attn Payroll Administrator
7351 Crider Ave
Pico Rivera,CA 90660

is hereby ordered to immediately terminate the attachment of the wages of TODD E MUMMERT, social security number XXX-XX-4210.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TODD E MUMMERT.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70093-JAD |
| Todd E Mummert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd E Mummert, 5K Twin Rivers Road, East Windsor, NJ 08520-5230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 20, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor JPMorgan Chase Bank  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor Deutsche Bank Trust Company Americas As Trustee et al. jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank fo New York Mellon  et al... bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Jill Manuel-Coughlin
    on behalf of Defendant The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank Of New York Mellon etal bankruptcy@powerskirn.com

Karina Velter
    on behalf of Creditor Real Time Resolutions Inc. kvelter@hoflawgroup.com ckohn@hoflawgroup.com

Karina Velter
    on behalf of Defendant Real Time Solutions Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Todd E Mummert thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com

Kevin M Buttery
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing LLC, et. al. pabk@logs.com, logsecf@logs.com

Kirsten S. Penn
    on behalf of Creditor USSCO Federal Credit Union kpenn@lenderlaw.com

Morris Anthony Scott
    on behalf of Creditor Bayview Loan Servicing LLC, et. al. pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com

TOTAL: 22