**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Todd E Mummert**
   Debtor(s)

Bankruptcy Case No.: 17−70093−JAD

Chapter: 13
Docket No.: 176 − 175

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of May, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/20/22 at 11:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/11/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 17-70093-JAD

Todd E Mummert                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 408v | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd E Mummert, 5K Twin Rivers Road, East Windsor, NJ 08520-5230 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | | Elizon Master Participation Trust I, U.S. Bank Tru, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Plaza Revolving Trust by Wilmington Savings Fund S, PO Box 814609, Fay Servicing, LLC, Dallas, TX 75381-4609 |
| cr | + | USSCO Federal Credit Union, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| 14362606 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 15197899 | | Elizon Master Participation Trust I., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14362604 | + | Gleason, Barbin & Markovitz, LLP, Attn: William Gleason Barbin, Solicitor, 206 Main Street, Johnstown, PA 15901-1509 |
| 14362608 | + | Johnstown Regional Sewage, 410 Main Street, P.O. Box 610, Johnstown, PA 15907-0610 |
| 14362611 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14382272 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14362612 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14362614 | | Phelan, Hallinan, LLP, c/o Matthew Brushwood, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15484398 | | Plaza Revolving Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14381581 | + | USSCO Johnstown Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362621 | + | Wells Fargo Bank Na, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14398386 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14362623 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14362592 | + | Email/Text: g20956@att.com | May 26 2022 23:55:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14362593 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 23:54:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14362594 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 23:54:00 | Bank of America, Attn: Bankruptcy Department, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14362595 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 26 2022 23:55:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1873 |
| 14362596 | + | Email/Text: notices@burt-law.com | May 26 2022 23:55:00 | Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 14362597 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 00:04:38 | CACH, LLC, 4340 South Monaco Street, Unit 2, Denver, CO 80237-3485 |
| 14362599 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0315-7                     User: auto                                    Page 2 of 4

Date Rcvd: May 26, 2022                  Form ID: 408v                                  Total Noticed: 50

|  |  |  |
|---|---|---|
|  | May 26 2022 23:54:27 | CapOne/Boscov's, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14362598 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  | May 26 2022 23:54:25 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14642014 | + Email/PDF: ebn_ais@aisinfo.com | |
|  | May 26 2022 23:54:06 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14362601 | + Email/Text: mrdiscen@discover.com | |
|  | May 26 2022 23:54:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14372947 | Email/Text: mrdiscen@discover.com | |
|  | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14362602 | + Email/Text: bknotice@ercbpo.com | |
|  | May 26 2022 23:55:00 | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14362603 | Email/Text: bankruptcy@firstenergycorp.com | |
|  | May 26 2022 23:55:00 | FirstEnergy Corporation, 76 S. Main Street, Akron, OH 44308 |
| 14362605 | + Email/Text: ally@ebn.phinsolutions.com | |
|  | May 26 2022 23:54:00 | GMAC Mortgage, P.O. Box 9001719, Louisville, KY 40290-1719 |
| 14362607 | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  | May 26 2022 23:55:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14362600 | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  | May 26 2022 23:54:02 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14362609 | Email/Text: bknotices@mbandw.com | |
|  | May 26 2022 23:55:00 | McCarthy, Burgess, & Wolff, The MB&W Building, 2600 Cannon Road, Cleveland, OH 44146 |
| 14362610 | + Email/Text: BKEBN-Notifications@ocwen.com | |
|  | May 26 2022 23:55:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14375903 | + Email/PDF: rmscedi@recoverycorp.com | |
|  | May 26 2022 23:54:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14362613 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  | May 26 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14362615 | + Email/Text: bkdepartment@rtresolutions.com | |
|  | May 26 2022 23:55:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 14522982 | Email/Text: bkdepartment@rtresolutions.com | |
|  | May 26 2022 23:55:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14362616 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | May 26 2022 23:54:30 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14362617 | + Email/Text: bkteam@selenefinance.com | |
|  | May 26 2022 23:55:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 15200929 | Email/Text: mtgbk@shellpointmtg.com | |
|  | May 26 2022 23:55:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14648222 | + Email/Text: BKMailBayview@bayviewloanservicing.com | |
|  | May 26 2022 23:55:00 | The Bank of New York Mellon, Trustee (See 410), c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14362618 | + Email/Text: bknotices@totalcardinc.com | |
|  | May 26 2022 23:55:00 | Total Card, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14362619 | + Email/Text: colldept@usscofcu.net | |
|  | May 26 2022 23:55:00 | USSCO FCU, 532 Oakridge Drive, Johnstown, PA 15904-6915 |
| 14362620 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
|  | May 26 2022 23:54:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

District/off: 0315-7                    User: auto                    Page 3 of 4
Date Rcvd: May 26, 2022                 Form ID: 408v                 Total Noticed: 50

| 14362622 | + Email/Text: BKRMailOps@weltman.com | | |
|---|---|---|---|
| | | May 26 2022 23:55:00 | Weltman, Weinberg & Reis, Co., c/o William T. Molczan, Esquire, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |
| 14648223 | + Email/Text: bkteam@selenefinance.com | | |
| | | May 26 2022 23:55:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO |
| cr | | Deutsche Bank Trust Company Americas As Trustee et |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Real Time Resolutions Inc. |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, etal |
| cr | | The Bank fo New York Mellon, et al... |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14640612 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14631400 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 11 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022               Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor JPMorgan Chase Bank  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor Deutsche Bank Trust Company Americas As Trustee et al. jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jill Manuel-Coughlin | |

on behalf of Defendant The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS  Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates bankruptcy@powerskirn.com

Jill Manuel-Coughlin

on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Jill Manuel-Coughlin

on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin

on behalf of Creditor The Bank fo New York Mellon  et al... bankruptcy@powerskirn.com

Karina Velter

on behalf of Creditor Real Time Resolutions Inc. kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Karina Velter

on behalf of Defendant Real Time Solutions  Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth P. Seitz

on behalf of Debtor Todd E Mummert thedebterasers@aol.com

Kenneth P. Seitz

on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com

Kevin M Buttery

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com

Kevin Scott Frankel

on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com, logsecf@logs.com

Kirsten S. Penn

on behalf of Creditor USSCO Federal Credit Union kpenn@lenderlaw.com

Lauren Moyer

on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Morris Anthony Scott

on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Sindi Mncina

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com

Stephen Russell Franks

on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song

on behalf of Creditor JPMorgan Chase Bank  N.A. pawb@fedphe.com

Thomas Song

on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com

TOTAL: 23