**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> TODD E MUMMERT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>      Movant <br>    vs. <br> No Respondents. | Case No.:17-70093 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/10/2017 and confirmed on 5/23/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 120,222.41 |
| Less Refunds to Debtor | 40.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 120,182.03 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,971.00 | |
|    Trustee Fee | 5,624.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,595.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5025 | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5642 | | | | |
|   ELIZON MASTER PARTICIPATION TRUST I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8089 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 12,289.41 | 0.00 | 12,289.41 |
|     Acct: 2746 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8327 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8230 | | | | |
|   ELIZON MASTER PARTICIPATION TRUST I | 6,948.55 | 6,948.55 | 0.00 | 6,948.55 |
|     Acct: 8089 | | | | |
|   ELIZON MASTER PARTICIPATION TRUST I | 0.00 | 48,613.39 | 0.00 | 48,613.39 |
|     Acct: 8089 | | | | |
|   WELLS FARGO BANK NA | 4,729.63 | 4,729.63 | 0.00 | 4,729.63 |
|     Acct: 2746 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8230 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5025 | | | | |
|   ELIZON MASTER PARTICIPATION TRUST I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8089 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 30,000.00 | 30,000.00 | 3,980.11 | 33,980.11 |
|     Acct: 3321 | | | | |
|   USSCO FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7284 | | | | |
|   USSCO FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7284 | | | | |
| | | | | 106,561.09 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | TODD E MUMMERT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TODD E MUMMERT | 40.38 | 40.38 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KENNETH P SEITZ ESQ | 971.00 | 971.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KENNETH P SEITZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 3,025.20 | 3,025.20 | 0.00 | 3,025.20 |
| | Acct: 4210 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4210 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3321 | | | | |
| | | | | | 3,025.20 |
| Unsecured | | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 8,862.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 3047 | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9800 | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9967 | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0050 | | | | |
| | BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7685 | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1724 | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1804 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0615 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0218 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6969 | | | | |
| | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4289 | | | | |
| | JOHNSTOWN REGIONAL SEWAGE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4303 | | | | |
| | JOHNSTOWN REGIONAL SEWAGE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6402 | | | | |
| | PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7961 | | | | |
| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8229 | | | | |
| | TOTAL CARD INC O/B/O MONTEREY CTY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8801 | | | | |
| | DISCOVER BANK(*) | 5,664.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 6245 | | | | |
| | INTERNAL REVENUE SERVICE* | 367.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 4210 | | | | |
| | PENELEC/FIRST ENERGY** | 1,224.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 5066 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3047 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 100.90 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9277 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 35,758.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 3321 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 11,884.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 8230 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KIRSTEN S PENN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | GMAC MORTGAGE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SELENE FINANCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6969 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GLEASON BARBIN AND MARKOWITZ LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCARTHY BURGESS & WOLFF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WINDBER MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                 109,586.29

TOTAL CLAIMED
PRIORITY          3,025.20
SECURED          41,678.18
UNSECURED        63,862.71

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TODD E MUMMERT

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-70093 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70093-JAD |
| Todd E Mummert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd E Mummert, 5K Twin Rivers Road, East Windsor, NJ 08520-5230 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | | Elizon Master Participation Trust I, U.S. Bank Tru, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Plaza Revolving Trust by Wilmington Savings Fund S, PO Box 814609, Fay Servicing, LLC, Dallas, TX 75381-4609 |
| cr | + | USSCO Federal Credit Union, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| 14362606 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 15197899 | | Elizon Master Participation Trust I,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14362604 | + | Gleason, Barbin & Markovitz, LLP, Attn: William Gleason Barbin, Solicitor, 206 Main Street, Johnstown, PA 15901-1509 |
| 14362608 | + | Johnstown Regional Sewage, 410 Main Street, P.O. Box 610, Johnstown, PA 15907-0610 |
| 14362611 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14382272 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14362612 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14362614 | | Phelan, Hallinan, LLP, c/o Matthew Brushwood, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15484398 | | Plaza Revolving Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14381581 | + | USSCO Johnstown Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362621 | + | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14398386 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14362623 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14362592 | + | Email/Text: g20956@att.com | May 26 2022 23:55:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14362593 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 23:54:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14362594 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 23:54:00 | Bank of America, Attn: Bankruptcy Department, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14362595 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 26 2022 23:55:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1873 |
| 14362596 | + | Email/Text: notices@burt-law.com | May 26 2022 23:55:00 | Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 14362597 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:06 | CACH, LLC, 4340 South Monaco Street, Unit 2, Denver, CO 80237-3485 |
| 14362599 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 26 2022 23:54:25 | CapOne/Boscov's, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14362598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:33 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14642014 | + | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 23:53:47 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14362601 | + | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14372947 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14362602 | + | Email/Text: bknotice@ercbpo.com | May 26 2022 23:55:00 | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14362603 | | Email/Text: bankruptcy@firstenergycorp.com | May 26 2022 23:55:00 | FirstEnergy Corporation, 76 S. Main Street, Akron, OH 44308 |
| 14362605 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2022 23:54:00 | GMAC Mortgage, P.O. Box 9001719, Louisville, KY 40290-1719 |
| 14362607 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2022 23:55:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14362600 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:00 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14362609 | | Email/Text: bknotices@mbandw.com | May 26 2022 23:55:00 | McCarthy, Burgess, & Wolff, The MB&W Building, 2600 Cannon Road, Cleveland, OH 44146 |
| 14362610 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 26 2022 23:55:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14375903 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:54:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14362613 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14362615 | + | Email/Text: bkdepartment@rtresolutions.com | May 26 2022 23:55:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 14522982 | | Email/Text: bkdepartment@rtresolutions.com | May 26 2022 23:55:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14362616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:07 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14362617 | + | Email/Text: bkteam@selenefinance.com | May 26 2022 23:55:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 15200929 | | Email/Text: mtgbk@shellpointmtg.com | May 26 2022 23:55:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14648222 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 26 2022 23:55:00 | The Bank of New York Mellon, Trustee (See 410), c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14362618 | + | Email/Text: bknotices@totalcardinc.com | May 26 2022 23:55:00 | Total Card, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14362619 | + | Email/Text: colldept@usscofcu.net | May 26 2022 23:55:00 | USSCO FCU, 532 Oakridge Drive, Johnstown, PA 15904-6915 |
| 14362620 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 26 2022 23:54:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

| | | | | |
|---|---|---|---|---|
| 14362622 | + | Email/Text: BKRMailOps@weltman.com | May 26 2022 23:55:00 | Weltman, Weinberg & Reis, Co., c/o William T. Molczan, Esquire, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |
| 14648223 | + | Email/Text: bkteam@selenefinance.com | May 26 2022 23:55:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO |
| cr | | Deutsche Bank Trust Company Americas As Trustee et |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Real Time Resolutions Inc. |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, etal |
| cr | | The Bank fo New York Mellon, et al... |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14640612 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14631400 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 11 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor JPMorgan Chase Bank N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor Deutsche Bank Trust Company Americas As Trustee et al. jprostko@c-vlaw.com jamesprostko@gmail.com |
| Jill Manuel-Coughlin | |

Case 17-70093-JAD   Doc 179   Filed 05/28/22   Entered 05/29/22 00:25:10   Desc
Imaged Certificate of Notice   Page 9 of 9

| District/off: 0315-7 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| | |
| --- | --- |
| | on behalf of Defendant The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank Of New York Mellon etal bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank fo New York Mellon et al... bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor Real Time Resolutions Inc. kvelter@hoflawgroup.com ckohn@hoflawgroup.com |
| Karina Velter | on behalf of Defendant Real Time Solutions Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Todd E Mummert thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com |
| Kevin M Buttery | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing LLC, et. al. pabk@logs.com, logsecf@logs.com |
| Kirsten S. Penn | on behalf of Creditor USSCO Federal Credit Union kpenn@lenderlaw.com |
| Lauren Moyer | on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Morris Anthony Scott | on behalf of Creditor Bayview Loan Servicing LLC, et. al. pabk@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com |

TOTAL: 23