| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Todd E Mummert<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4210<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–70093–JAD | | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Todd E Mummert

<u>7/12/22</u>                                                                   **By the court:** <u>Jeffery A. Deller</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                   **Chapter 13 Discharge**                                   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70093-JAD |
| Todd E Mummert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd E Mummert, 5K Twin Rivers Road, East Windsor, NJ 08520-5230 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | | Elizon Master Participation Trust I, U.S. Bank Tru, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Plaza Revolving Trust by Wilmington Savings Fund S, PO Box 814609, Fay Servicing, LLC, Dallas, TX 75381-4609 |
| cr | + | USSCO Federal Credit Union, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| 14362606 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 15197899 | | Elizon Master Participation Trust I,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14362604 | + | Gleason, Barbin & Markovitz, LLP, Attn: William Gleason Barbin, Solicitor, 206 Main Street, Johnstown, PA 15901-1509 |
| 14362608 | + | Johnstown Regional Sewage, 410 Main Street, P.O. Box 610, Johnstown, PA 15907-0610 |
| 14362611 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14382272 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14362612 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14362614 | | Phelan, Hallinan, LLP, c/o Matthew Brushwood, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15484398 | | Plaza Revolving Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14381581 | + | USSCO Johnstown Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362623 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 13 2022 08:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 04:19:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14362592 | + | EDI: CINGMIDLAND.COM | Jul 13 2022 08:18:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14362593 | | EDI: BANKAMER.COM | Jul 13 2022 08:18:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14362594 | + | EDI: BANKAMER.COM | Jul 13 2022 08:18:00 | Bank of America, Attn: Bankruptcy Department, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14362595 | + | EDI: LCIBAYLN | Jul 13 2022 08:18:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1839 |

Case 17-70093-JAD    Doc 185    Filed 07/14/22    Entered 07/15/22 00:26:38    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-7 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14362596 | + | Email/Text: notices@burt-law.com | Jul 13 2022 04:19:00 | Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 14362597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:25:16 | CACH, LLC, 4340 South Monaco Street, Unit 2, Denver, CO 80237-3485 |
| 14362599 | + | EDI: CAPITALONE.COM | Jul 13 2022 08:18:00 | CapOne/Boscov's, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14362598 | + | EDI: CAPITALONE.COM | Jul 13 2022 08:18:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14642014 | + | EDI: AIS.COM | Jul 13 2022 08:18:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14362601 | + | EDI: DISCOVER.COM | Jul 13 2022 08:18:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14372947 | | EDI: DISCOVER.COM | Jul 13 2022 08:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14362602 | + | Email/Text: bknotice@ercbpo.com | Jul 13 2022 04:19:00 | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14362603 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 13 2022 04:19:00 | FirstEnergy Corporation, 76 S. Main Street, Akron, OH 44308 |
| 14362605 | + | EDI: GMACFS.COM | Jul 13 2022 08:18:00 | GMAC Mortgage, P.O. Box 9001719, Louisville, KY 40290-1719 |
| 14362607 | | EDI: IRS.COM | Jul 13 2022 08:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14362600 | | EDI: JPMORGANCHASE | Jul 13 2022 08:18:00 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14362609 | | Email/Text: bknotices@mbandw.com | Jul 13 2022 04:19:00 | McCarthy, Burgess, & Wolff, The MB&W Building, 2600 Cannon Road, Cleveland, OH 44146 |
| 14362610 | + | EDI: LCIPHHMRGT | Jul 13 2022 08:18:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14375903 | + | EDI: RECOVERYCORP.COM | Jul 13 2022 08:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14362613 | + | EDI: PENNDEPTREV | Jul 13 2022 08:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14362613 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14362615 | + | Email/Text: bkdepartment@rtresolutions.com | Jul 13 2022 04:19:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 14522982 | | Email/Text: bkdepartment@rtresolutions.com | Jul 13 2022 04:19:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14362616 | + | EDI: CITICORP.COM | Jul 13 2022 08:18:00 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14362617 | + | Email/Text: bkteam@selenefinance.com | Jul 13 2022 04:19:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 15200929 | | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2022 04:19:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14648222 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 04:19:00 | The Bank of New York Mellon, Trustee (See 410), c/o Bayview Loan Servicing, LLC, 4425 Ponce De |

| District/off: 0315-7 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14362618 | + | EDI: TCISOLUTIONS.COM | Jul 13 2022 08:18:00 | Total Card, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14362619 | + | Email/Text: colldept@usscofcu.net | Jul 13 2022 04:19:00 | USSCO FCU, 532 Oakridge Drive, Johnstown, PA 15904-6915 |
| 14362620 | + | EDI: VERIZONCOMB.COM | Jul 13 2022 08:18:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 14362621 | + | EDI: WFHOME | Jul 13 2022 08:18:00 | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14398386 | + | EDI: WFHOME | Jul 13 2022 08:18:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14362622 | + | Email/Text: BKRMailOps@weltman.com | Jul 13 2022 04:19:00 | Weltman, Weinberg & Reis, Co., c/o William T. Molczan, Esquire, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |
| 14648223 | + | Email/Text: bkteam@selenefinance.com | Jul 13 2022 04:19:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO |
| cr | | Deutsche Bank Trust Company Americas As Trustee et |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Real Time Resolutions Inc. |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, etal |
| cr | | The Bank fo New York Mellon, et al... |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14640612 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14631400 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 11 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022          Signature:          /s/Gustava Winters

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 3180W | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com

Harry B. Reese
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

James A. Prostko
on behalf of Creditor JPMorgan Chase Bank  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
on behalf of Creditor Deutsche Bank Trust Company Americas As Trustee et al. jprostko@c-vlaw.com  jamesprostko@gmail.com

Jill Manuel-Coughlin
on behalf of Defendant The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS  Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Creditor The Bank fo New York Mellon  et al... bankruptcy@powerskirn.com

Karina Velter
on behalf of Creditor Real Time Resolutions Inc. kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Karina Velter
on behalf of Defendant Real Time Solutions  Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth P. Seitz
on behalf of Debtor Todd E Mummert thedebterasers@aol.com

Kenneth P. Seitz
on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com

Kevin M Buttery
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com

Kevin Scott Frankel
on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com, logsecf@logs.com

Kirsten S. Penn
on behalf of Creditor USSCO Federal Credit Union kpenn@lenderlaw.com

Lauren Moyer
on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Morris Anthony Scott
on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com

Stephen Russell Franks
on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song
on behalf of Creditor JPMorgan Chase Bank  N.A. pawb@fedphe.com

Thomas Song
on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com

District/off: 0315-7 User: auto Page 5 of 5
Date Rcvd: Jul 12, 2022 Form ID: 3180W Total Noticed: 51
TOTAL: 23