IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/12/22 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   TODD E MUMMERT

      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:17-70093 JAD

Chapter 13

Related to ECF 175

**DEFAULT O/E JAD**

ORDER OF COURT

   AND NOW, this 12th day of July, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER                                jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70093-JAD |
| Todd E Mummert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd E Mummert, 5K Twin Rivers Road, East Windsor, NJ 08520-5230 |
| cr | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | | Elizon Master Participation Trust I, U.S. Bank Tru, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Plaza Revolving Trust by Wilmington Savings Fund S, PO Box 814609, Fay Servicing, LLC, Dallas, TX 75381-4609 |
| cr | + | USSCO Federal Credit Union, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| 14362606 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 15197899 | | Elizon Master Participation Trust I,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14362604 | + | Gleason, Barbin & Markovitz, LLP, Attn: William Gleason Barbin, Solicitor, 206 Main Street, Johnstown, PA 15901-1509 |
| 14362608 | + | Johnstown Regional Sewage, 410 Main Street, P.O. Box 610, Johnstown, PA 15907-0610 |
| 14362611 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14382272 | + | Penelec, c/o FirstEnergy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14362612 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14362614 | | Phelan, Hallinan, LLP, c/o Matthew Brushwood, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15484398 | | Plaza Revolving Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14381581 | + | USSCO Johnstown Federal Credit Union, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362621 | + | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14398386 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14362623 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 04:19:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14362592 | + | Email/Text: g20956@att.com | Jul 13 2022 04:19:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14362593 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 04:19:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14362594 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 04:19:00 | Bank of America, Attn: Bankruptcy Department, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14362595 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 13 2022 04:19:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1839 |
| 14362596 | + | Email/Text: notices@burt-law.com | Jul 13 2022 04:19:00 | Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 14362597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:25:23 | CACH, LLC, 4340 South Monaco Street, Unit 2, Denver, CO 80237-3485 |
| 14362599 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| ID | | Notification Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 13 2022 04:25:28 | CapOne/Boscov's, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14362598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 04:25:28 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14642014 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 04:25:16 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14362601 | + | Email/Text: mrdiscen@discover.com | Jul 13 2022 04:19:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14372947 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 04:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14362602 | + | Email/Text: bknotice@ercbpo.com | Jul 13 2022 04:19:00 | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14362603 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 13 2022 04:19:00 | FirstEnergy Corporation, 76 S. Main Street, Akron, OH 44308 |
| 14362605 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2022 04:19:00 | GMAC Mortgage, P.O. Box 9001719, Louisville, KY 40290-1719 |
| 14362607 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2022 04:19:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14362600 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2022 04:25:27 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 14362609 | | Email/Text: bknotices@mbandw.com | Jul 13 2022 04:19:00 | McCarthy, Burgess, & Wolff, The MB&W Building, 2600 Cannon Road, Cleveland, OH 44146 |
| 14362610 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 13 2022 04:19:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14375903 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2022 04:25:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14362613 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14362615 | + | Email/Text: bkdepartment@rtresolutions.com | Jul 13 2022 04:19:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 14522982 | | Email/Text: bkdepartment@rtresolutions.com | Jul 13 2022 04:19:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14362616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 04:25:31 | Sears Credit Cards, P.O. Box 183082, Columbus, OH 43218-3082 |
| 14362617 | + | Email/Text: bkteam@selenefinance.com | Jul 13 2022 04:19:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 15200929 | | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2022 04:19:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14648222 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 04:19:00 | The Bank of New York Mellon, Trustee (See 410), c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14362618 | + | Email/Text: bknotices@totalcardinc.com | Jul 13 2022 04:19:00 | Total Card, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14362619 | + | Email/Text: colldept@usscofcu.net | Jul 13 2022 04:19:00 | USSCO FCU, 532 Oakridge Drive, Johnstown, PA 15904-6915 |
| 14362620 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2022 04:19:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| 14362621 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| --- | --- | --- | --- |
| | | Jul 13 2022 11:11:54 | Wells Fargo Bank NA, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 14398386 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jul 13 2022 11:11:54 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14362622 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Jul 13 2022 04:19:00 | Weltman, Weinberg & Reis, Co., c/o William T. Molczan, Esquire, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |
| 14648223 | + Email/Text: bkteam@selenefinance.com | | |
| | | Jul 13 2022 04:19:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FO |
| cr | | Deutsche Bank Trust Company Americas As Trustee et |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Real Time Resolutions Inc. |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, etal |
| cr | | The Bank fo New York Mellon, et al... |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14640612 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14631400 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 11 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 50 |

James A. Prostko
    on behalf of Creditor JPMorgan Chase Bank  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
    on behalf of Creditor Deutsche Bank Trust Company Americas As Trustee et al. jprostko@c-vlaw.com  jamesprostko@gmail.com

Jill Manuel-Coughlin
    on behalf of Defendant The Bank of New York Mellon fka The Bank of New York as Trustee For the Certificate Holders of the CWMBS  Inc., CHL Mortgage Pass-Through Trust 2004-25, Mortgage Pass-Through Certificates bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank fo New York Mellon  et al... bankruptcy@powerskirn.com

Karina Velter
    on behalf of Creditor Real Time Resolutions Inc. kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Karina Velter
    on behalf of Defendant Real Time Solutions  Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Todd E Mummert thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Plaintiff Todd E Mummert thedebterasers@aol.com

Kevin M Buttery
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com, logsecf@logs.com

Kirsten S. Penn
    on behalf of Creditor USSCO Federal Credit Union kpenn@lenderlaw.com

Lauren Moyer
    on behalf of Creditor Plaza Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Morris Anthony Scott
    on behalf of Creditor Bayview Loan Servicing  LLC, et. al. pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@rascrane.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor JPMorgan Chase Bank  N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2007-QS6 pawb@fedphe.com

TOTAL: 23